UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANDRES MONTALVO, | ) Case No. 5:22-CV-04719-NC |
| Plaintiff, | ) ORDER |
| v. | ) Judge: Honorable Nathanael Cousins |
| RAMIREZ, et al., | ) Action filed: 08/07/2022 |
| Defendants. | ) |

The Court is in receipt of the Parties' Stipulation for Voluntary Dismissal with Prejudice. Good cause appearing,

**IT IS HEREBY ORDERED**:

Voluntary Dismissal with Prejudice is hereby GRANTED. The case is hereby dismissed with prejudice.

DATED: October 25, 2023

_____
HON. NATHANAEL COUSINS,
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

GRANTED
Judge Nathanael M. Cousins